Case 4:25-cv-02577   Document 35   Filed 12/17/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAUREN MOODY,<br><br>　　　Plaintiff,<br><br>v.<br><br>OSCAR INSURANCE COMPANY,<br><br>　　　Defendants. | §§§§§§§§§§§§§§§<br><br>Civil Action No. 4:25-CV-2577 |

## ORDER GRANTING STIPULATION TO EXTEND DEADLINE
## TO MOVE TO AMEND THE PLEADINGS AND ADD NEW PARTIES

After considering the Parties' Stipulation to Extend the Deadline to Move to Amend the Pleadings and Add New Parties, the Court hereby GRANTS the extension stipulated by and between Defendant Oscar Insurance Company and Plaintiff Lauren Moody, and ORDERS that the time for the Parties to move to amend the pleadings or move to add new parties in this action be extended to and including February 9, 2026.

**SO ORDERED** this __17th__ day of December 2025.

_____
Hon. Sim Lake, United States District Judge