IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAUREN MOODY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-2577 |
| | § | |
| OSCAR INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment on Counts I and II of Plaintiff's Complaint, and granting Defendant's Motion to Dismiss Count III of Plaintiff's Complaint, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 9th day of February, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE